# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Simpson,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph Berriman, et al.,<br><br>    Defendants. | **NO. CV-21-00087-TUC-SHR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 4, 2022, the complaint and action are dismissed.

                    Debra D. Lucas
                    District Court Executive/Clerk of Court

August 4, 2022

                    s/ S. Araiza
              By    Deputy Clerk